IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFF GIERINGER, | : | CIVIL ACTION |
| | : | NO. 10-mc-214 |
| v. | : | |
| | : | |
| THE CINCINNATI INSURANCE COMPANIES | : | |
| | : | |

**ORDER**

AND NOW, this 28th day of January, 2011, upon consideration of defendant's motion to compel discovery from Southern Insurance Company of Virginia, and all responses thereto, it is ORDERED that defendant's motion is GRANTED. Southern Insurance Company of Virginia shall produce the property inspection report prepared by Mueller Services and any emails and photographs related to the property inspection to defendant The Cincinnati Insurance Companies within fifteen days of the date of this Order. The materials produced shall be used only in the context of the action now proceeding as <u>Gieringer v. The Cincinnati Insurance Companies</u>, Civil Action No. 3:08-cv-267 (E.D. Tenn.).

                                                          *s/Thomas N. O'Neill, Jr.*
                                                          THOMAS N. O'NEILL, JR., J.